UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY C. DAVIS,

        Plaintiff,

v.

                                    File No. 1:11-cv-411

COMMISSIONER OF
SOCIAL SECURITY,                  HON. ROBERT HOLMES BELL

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On October 25, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Defendant's motion for summary judgment (Dkt. No. 5) be granted, and that judgment be entered in Defendant's favor. (Dkt. No. 9.) No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the October 25, 2011, R&R (Dkt. No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (Dkt. No. 5) is **GRANTED**.

Dated: November 16, 2011                    /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE